IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:14CR1
                              )
      v.                      )
                              )
ANTHONY ARANDA and JAMIE      )
SPEELMAN,                     )
                              )
            Defendants.       )
_____)
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:14CR15
                              )
      v.                      )
                              )
JAMIE SPEELMAN,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant Aranda's motion to continue trial (Filing No. 28).  Subject to the filing of written waivers of speedy trial by both defendants, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that trial of these matters is rescheduled for:

**Tuesday, July 1, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare

for trial or pursue plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 31, 2014, and July 1, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court