IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:14CR1
                               )
      v.                       )
                               )
ANTHONY ARANDA and JAMIE       )
SPEELMAN,                      )
                               )
            Defendants.        )
_____)
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:14CR15
                               )
      v.                       )
                               )
JAMIE SPEELMAN,                )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to consolidate (Filing No. 36 in 8:14CR1; Filing No. 17 in 8:14CR15). Noting defendant Speelman has no objection, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to consolidate is granted. These two cases are consolidated for trial.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court