IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY ARANDA,<br><br>　　　　　　　Defendant. | 8:14CR1<br><br>**ORDER** |

　　　　This matter is before the Court on the defendant's motion for a copy of his Criminal Docket Sheet (Filing No. 65). The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on February 12, 2015, with Judgement filed on February 20, 2015, and no appeal was timely filed. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same.

　　　　**THEREFORE, IT IS ORDERED** that the defendant's Motion for Copies and to waive such costs [65] is denied. The defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of his Criminal Docket Sheet.

　　　　Dated this 22nd day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge