IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR1 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY ARANDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for a copy of his docket sheet without payment of costs (Filing No. 67). The Court will grant the motion to the extent that the clerk of court may send defendant a copy of the docket sheet without prepayment of costs. Accordingly,

IT IS ORDERED that defendant's motion for a copy of his docket sheet without payment of costs is granted. No further copies will be furnished to defendant without prepayment of costs.

DATED this 24th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court