IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | ) | Case No. 8:14cr1 |
|---|---|---|
| Plaintiff, | ) | **Release Order** |
| v. | ) | |
| Anthony Aranda, | ) | |
| Defendant. | ) | |

This matter comes on upon the parties' oral stipulation that: (1) the United States will withdraw its March 17, 2025, motion for detention, *see* Dkt. Entry #80, and (2) in turn, the defendant will acknowledge that he is, under Fed. R. Crim. P. 32.1(b)(1), no longer entitled to a preliminary hearing. The United States Probation Office has been consulted regarding this stipulation and does not oppose it. Having considered the matter, the Court adopts the parties' stipulation.

**It is therefore ordered that:**

1. The United States's March 17, 2025, motion for detention is hereby deemed withdrawn as to the defendant;

2. The defendant shall be released from the United States Marshal's custody at the Roman L. Hruska U.S. Courthouse at 9:00am, Tuesday, April 1, 2025, subject to all conditions of supervised release enumerated in his judgment, Dkt. Entry #60;

3. Because the defendant has been ordered released, he is no longer entitled to a preliminary hearing under Fed. R. Crim. P. 32.1(b)(1);

4. For these reasons, the preliminary hearing and detention hearing set for Tuesday, April 1, 2025, at 2:30 p.m. are hereby cancelled; and

5. The defendant shall appear for final disposition regarding the Amended Petition for Offender Under Supervision, Dkt. Entry # 74, before Judge Brian C. Buescher, 111 S. 18th Plaza, Courtroom #5, Omaha, Nebraska at 11:00 a.m. on May 1, 2025.

Dated this 31st day of March, 2025.

The Hon. Michael D. Nelson
United States Magistrate Judge